UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED FOOD AND COMMERCIAL WORKER'S UNION, LOCAL 367, an unincorporated association,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FRED MEYER STORES, INC., an Ohio corporation,<br><br>　　　　Defendant. | Case No. C07-5442FDB<br><br>ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF ANSWER DEADLINE |

Defendant moves for a 30-day extension of the deadline for it to file an answer to Plaintiff's Complaint, thus extending the deadline to October 12, 2007. Defendant's counsel represents that Plaintiff's counsel has no objection to such continuance. ACCORDINGLY,

IT IS ORDERED: Plaintiff's Motion for Extension of the Deadline For Defendant To file An Answer To Complaint [Dkt. # 7] is GRANTED and the deadline for Defendant to Answer Plaintiff's Complaint is extended to October 12, 2007

DATED this 13th day of September, 2007.

　　　　　　　　　　　　　　　　　　／s／ Franklin D. Burgess
　　　　　　　　　　　　　　　　　　FRANKLIN D. BURGESS
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER - 1